UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMIE LUEVANO (1655791)

VERSUS

U.S. JUDGE ROBERT G. JAMES, ET AL

CIVIL ACTION

NO. 11-524-BAJ-CN

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 9, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that plaintiff's motion for leave to proceed in forma pauperis (doc. 4) is denied and this action is dismissed, without prejudice, for failure of plaintiff to pay the Court's filing fee of $350.00.

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA